Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Utility Mapping Services, P.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSIAH MOYA, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>UTILITY MAPPING SERVICES, P.C., an Idaho corporation,<br><br>                              Defendant. | Case No.  2:26-cv-01046-GMN-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Josiah Moya ("Plaintiff") and Defendant Utility Mapping Services, P.C. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Complaint by two weeks, from May 6, 2026 to May 20, 2026.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as defense counsel needs additional time to prepare the response pleading and consult with clients to obtain approval of the same.  Defendant requested the extension and Plaintiff fully cooperated and agreed.

///

///

///

///

///

335306697v.1

This is the first request for extension of this deadline.

IT IS SO STIPULATED.

DATED this 5th day of May, 2026.

GREENBERG GROSS LLP

By:  /s/ David C. Kiebler
    Jemma E. Dunn, Esq.
    Nevada Bar No. 16229
    Matthew T. Hale, Esq.
    Nevada Bar No. 16880
    David C. Kiebler, Esq.
    Nevada Bar No. 16724
    1980 Festival Plaza Drive, Suite 730
    Las Vegas, NV 89135
    Telephone: 702-777-0888
    Facsimile: 702-777-0801
    JDunn@GGTrialLaw.com
    MHale@GGTrialLaw.com
    DKiebler@GGTrialLaw.com
    *Attorneys for Plaintiff*
    *Josiah Moya*

DATED this 5th day of May, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/ Sheri M. Thome
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Telephone: 702.727.1400
    Facsimile: 702.727.1401
    Sheri.Thome@wilsonelser.com
    *Attorneys for Defendant*
    *Utility Mapping Services, P.C.*

## ORDER

IT IS HEREBY ORDERED that Defendant Utility Mapping Services, P.C. shall have until May 20, 2026 to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __May 7, 2026_____

-2-

335306697v.1